# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

BRIAN C. MENDELL

Case Number: 11-1020-GPM

(Clerk's Office will provide)

*Plaintiff/Petitioner(s)*

v.

JON D. KLINE
FEMALE C/O STEIMETZ #11250
JOHN D. EVENS; WILLIAM PEYTON
TY BATES; S.A. GODINEZ
*Defendant/Respondent(s)*
RICHARD LYNCH; MICHAEL SANDERS

☒ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)

☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)

☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act,
28 U.S.C. §§1346, 2671-2680, or other law

SCANNED AT BIG MUDDY CC and E-mailed
11/17/11 by J.H. 11 pages
date    initials  No.

## I. JURISDICTION

**Plaintiff:**

A.  Plaintiff's mailing address, register number, and present place of confinement.
BRIAN C. MENDELL
R65962
BIG MUDDY RIVER CORRECTIONAL CENTER
251 N IL HWY 37
INA, IL. 62846

**Defendant #1:**

B.  Defendant JON D. KLINE is employed as
       (a)  (Name of First Defendant)

CHAPLAIN
       (b)  (Position/Title)

with ILLINOIS DEPT OF CORRECTIONS, BIG MUDDY RIVER
       (c)  (Employer's Name and Address)

CORECTIONAL CENTER 251 N IL HWY 37 INA, IL. 62846

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?  ☒ Yes   ☐ No

If your answer is YES, briefly explain: EMPLOYED AS CHAPLAIN BY IDOC AT BIG MUDDY RIVER CORRECTIONAL CENTER.

(Rev. 7/2010)

1

Defendant #2

C    Defendant __Female OFFICER Steinmetz #11250__ is employed as
                    (Name of Second defendant)

Correctional Officer
       (Position/title)

with IDOC, AT Big Muddy River Correctional Center
    (Employer's name and Address)

251 N IL HWY 37 INA, IL. 62846

At the time claim(s) alleged in this complaint arose, was Defendant#2 employed by the state, local, or federal government? X yes _no

IF YOU ANSWERED YES, BRIEFLY EXPLAIN: C/O STEINMETZ employed by IDOC at the Big Muddy River facility as a correctional officer.

Defendant#3

D    Defendant __John D. Evans Warden__ is employed as
                 (Name of third defendant)

Major/Former CAO, Warden
      (Position/title)

with IDOC, at Big Muddy River Correctional Center
    (Employer's name and Address)

251 N IL HWY 37 INA, IL. 62846

At the time claim(s) alleged in this complaint arose, was the Defendant#3 employed bt the state, local, or federal government
                                  X yes __no

If you answer is YES, briefly explain: MR. Evans is currently employed as a Major. At the time of the events complained of Mr. Evans was head Warden/Chief Administrative Officer.

Defendant#4

E     Defendant **William Peyton** is employed as
          (name of forth Defendant)

     **Warden**
          (position/title)

     with **IDOC Big Muddy River Correctional Center**
          (Employer's name and address)

     **251 N IL HWY 37 INA, IL. 62846**

     At he time claim(s) alleged in this complaitnt arose, was Defendant#4 employed by the state, local, or federal government?   **X** yes   \_\_no

If you answered YES, briefly explain: Employed as warden at Big Muddy River Correctional Center.


Defendant#5

F     Defendand **Ty Bates** is employed as
          (name of fifth Defendant)

     **Warden**
          (position/title)

     with **IDOC Big Muddy River Correctional Center**
          (Employer's name and Address)

     **251 N IL HWY 37 INA, IL. 62846**

     At the time claim(s) alleged in this complaint arose, was Defendant#5 employed by the state, local, or federal governmant?   **X** yes   \_\_no

If you answered YES, briefly explain: Employed as warden at Big Muddy River Correctional Center.

Defendant#6

G    Defendant  Mr. S.A. Godinez  is employed as
           (name of sixth Defendant)

    Director
       (position/title)

with  IDOC 1301 Concordia Court P.O. Box 19277
     (Employer's name and address)

  Springfield, IL. 62794

At he time claim(s) alleged in this complaitnt arose, was Defendant#6 employed by the state, local, or federal government?    __yes  X no

If you answered YES, briefly explain: NO, however as spervisor of the entire department prospective injunctive relief applied properly to him.


Defendant#7

H    Defendand  Richard Linch  is employed as
          (name of seventh defendant)

    Counselor
      (position/title)

with  IDOC Big Muddy River Correctional Center
     (Employer's name and Address)

251 N IL HWY 37   INA, IL. 62846

At the time claim(s) alleged in this complaint arose, was Defendant#7 employed by the state, local, or federal governmant?    X yes  __no

If you answered YES, briefly explain: He was the councelor for plantiff's housing unit at the time of comlpaint.

4

Defendant#8

I       Defendant      Michael Sanders      is employed as
                  (name of eighth Defendant)

        grievance officer
                  (position/title)

        with  IDOC Big MuddyRiver Correctional Center
              (Employer's name and address)

        251 N IL HWY 37   INA, IL. 62846

        At he time claim(s) alleged in this complaitnt arose, was
        Defendant#8 employed by the state,local, or federal
        government?                                    X yes   __no

        If you answerd Yes, briefly explain:  He was grievance officer
at Big Muddy River Correctional Center.


Defendant#7

        Defendand_____is employed as
                  (name of seventh Defendant)

        _____, (position/title)

        with_____
              (Employer's name and Address)

        _____

        At the time claim(s) alleged in this complaint arose, was
        Defendant#7 employed by the state,local, or federal
        governmant?                              __ yes   __no

        If you answered YES, briefly explain:

5

## II. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in state or federal court relating to your imprisonment?  ☒ Yes   ☐ No

B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. <u>Failure to comply with this provision may result in summary denial of your complaint.</u>

1. Parties to previous lawsuits:
   Plaintiff(s): Brian C. Mendell

   Defendant(s): Michael P. Randle-Then Director of IDOC
   John D. Evens-Then Warden of Big Muddy River C.C.
   William Peyton-Warden Big Muddy River C.C.
   Ty Bates- Warden Big Muddy River C.C.
   Jon D. Kline- Chaplain Big Muddy River C.C. ET. AL.

2. Court (if federal court, name of the district; if state court, name of the county): Circuit Court, Jefferson county IL.

3. Docket number: 10-MR-55

4. Name of Judge to whom case was assigned: Hon: Terry Gamber

5. Type of case (for example: Was it a habeas corpus or civil rights action?): Mandamus

6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Appealed to fifth district appellate court: dismissed 15 April 2011

7. Approximate date of filing lawsuit: 19 May 2010

8. Approximate date of disposition: 15 April 2011

III. GRIEVANCE PROCEDURE

    A.    Is there a prisoner grievance procedure in the institution? ☒ Yes    ☐ No

    B.    Did you present the facts relating to your complaint in the prisoner grievance procedure?    ☒ Yes    ☐ No

    C.    If your answer is YES,
        1.    What steps did you take? grievance filed, in accordance with IL administrative code, and PLRA. at each stage proof of service was filed with a grievance, and affidavits as necessarry

        2.    What was the result? no one at BMRCC addressed this grievance at any point in the process. As a result Sprinfield declined to address it also

    D.    If your answer is NO, explain why not. N/A

    E.    If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? N/A    ☐ Yes    ☐ No

    F.    If your answer is YES,
        1.    What steps did you take? N/A

        2.    What was the result? N/A

    G.    If your answer is NO, explain why not. N/A

    H.    Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

See attached grievance

IV. STATEMENT OF CLAIM

    A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments of citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

While acting under the color of State Law, Defendant's, in abjectly dening Plaintiff access to Tarot Cards which are necessary, persuant to his faith, and beliefs, have:

1) Violated Plaintiff's 1st, and 14th Amendment rights under the United States Constitution by substantially burdening Plaintiff's freedom of religion through an unreasonable regulation with out a compelling government interest;

2) Violated Plaintiff's rights under Article I section 3 of the Illinois constitution of 1970, by substantially burdening Plaintiff's freedom of religion through an unreasonable regulation with out a compelling government interest;

3) Violated Plaintiff's rights under RLUIPA (42 USC§ 2000 cc-1(a)et.seq.) by placing asubstantial burden on his religous practices and beliefs with out a valid compelling government interest, and failing to do so inthe least restrictive means possible, and;

4) Pursuant to suplimental jurisdiction (28USC§ 1367 (a) ) Violated Plaintiff's rights under the Illinois Religious Freedom Restoration Act (775ILCS 35et.seq.) by substantiailly burdening his religous practices and beliefs with out a compelling government interest, and not in the least restrictive means possible.

MR. GODINEZ IS ADDRESSED IN THIS ACTION IN HIS OFFICAL CAPACITY. ALL OTHER DEFENDANTS are ADDRESSED IN THEIR INDIVIDUAL/PERSONAL CAPACITIES.

## V. REQUEST FOR RELIEF

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

Plaintiff respectfully request this Court enter judgement on his behalf, and as to each of the following specifically:

1) Plaintiff asks this Court to enter Declatory Judgement finding that the Wiccan religion, of which Plaintiff is a sincere follower, is for the purposes of the 1st Ammendment of the United States Constitution, a religion, agreeing with those parts of the fourth circuit decisions in Dettmer v. Landon, 799 F.2d 929 (4th cir. 1986) and its predessor Dettmer v. Landon 617 F.Supp 592 (D.C. Va 1985),

2) In light of this Courts prior decision IN Shatner v. Page, 2009 WL 260788 (S.D.ILL), and the Honorable Court for the Northen Districts' decisions in Goodman v. Carter, 2001 WL 755137 (N.D.ILL), and Goodman v. Snyder, 2003 WL 715650 (N.D.ILL), and the arguments made herein, Plaintiff respectfully asks this Court to enter Declatory Judgement stating that abject, or total denial of access to Tarot card is violative of Plaintiff's rights to freedom of religion under State, and Federal Laws, and Constitution, and thus it is no longer a matter of discretion for the Defendants, in this cause,

3) Plaintiff respectfully asks this Court to issue orders for prospective injunctive relief in the following manners:
    a) That Defendant's be enjoined from transfering Plaintiff as retaliation for this filing, due to his participation in intensive inpatient sex offender treatment/therapy where Plaintiff has been successful for the past 2½ years.

    b) That Defendant's be enjoined from denying access to Tarot cards as this does not meet the least restrictive means requirements of Federal Law,

4) That this Court enter Declatory Judgement that use of Tarot cards by inmates only in their cells is the least restrictive means as required under Federal Law;

5) That Plaintiff be awarded monetary damages in the following brake down:

9

a) In light of Plaintiff's rights being violated he be awarded nominal damages in the amount of One Dollar per Defendant in this case, totaling Eight Dollars, or as much as this Court deems proper.

b) That Plaintiff be awarded punitive damages as follows:

Defendant Steinmetz - $500.00 for the direct hands on violation.

Defendant Jon Kline - $500.00 for authorizing the violation.

Defendant John Evans - $250.00 as Warden he was responsible for protecting Plaintiff's Constitutional rights, and to address Plaintiff's grievance which he failed to do.

Defendant William Peyton - $100.00 as Warden he was responsible to protect Plaintiff's Constitutional rights, and as Kline's supervisor was in a position to correct the mistake, and did not.

Defendant Ty Bates - $100.00. Is currently Warden, and has made no efforts to correct the wrong.

Defendant Richard Lynch - $100.00 as counselor for Plaintiff's housing unit he had the first responsibility of anyone to address Plaintiff's grievance which he did not do.

Defendant Michael Sanders - $100.00 as grievance officer he was the second person to address Plaintiff's grievance which he did not do.

6) This Court order Defendants to return Plaintiff's illegally siezed Tarot cards, or if they have been "lost", that the Defendant's have 60 days to replace, at their expence, with a deck of Plaintiff's choosing.

VI. JURY DEMAND (*check one box below*)

The plaintiff ☒ does ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 11-16-2011
(date)

_B. C. Mdell_
Signature of Plaintiff

251 N. IL Hwy. 37
Street Address

Brian C. Mendell
Printed Name

INA, IL 62846
City, State, Zip

R65962
Prisoner Register Number

Signature of Attorney (if any)

Signed before me this 16 Nov. 2011.

OFFICIAL SEAL
JENNIFER L. WILSON
Notary Public - State of Illinois
My Commission Expires Jul 31, 2012

(Rev. 7/2010)