IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BRIAN C. MENDELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:11-cv-1020-DGW |
| | ) | |
| JON D. KLINE and C/O STEINMETZ, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

This matter is before the Court on the Motion for a Rule 26(f) Conference filed by Plaintiff, Brian C. Mendell (Doc. 75).   The Motion is **DENIED**.

A Rule 26(f) conference is generally held 21 days prior to a scheduling conference.   Local Rule 26.1, however, excludes this type of case (prisoner civil rights) from such a conference. Discovery in this matter concluded on August 5, 2013 and Defendant recent motion to reopen discoverY was denied (Doc. 74).   If Plaintiff seeks to settle this matter, he should contact Defendants to determine the feasibility of settlement negotiations.   If the parties jointly agree that a settlement conference will beneficial, the may file a Motion seeking such a conference.

This matter is set for a **Final Pretrial Conference** on **December 10, 2013 at 2:00 p.m.** Defendants shall appear in person by counsel and Plaintiff shall appear by videoconference.

**IT IS SO ORDERED.**

**DATED: October 29, 2013**

**DONALD G. WILKERSON**
**United States Magistrate Judge**