# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| BRIAN C. MENDELL, #R-65962, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 11-1020-DGW |
| | ) | |
| JON D. KLINE, CORRECTIONAL | ) | |
| OFFICER STEIMETZ, JOHN D. EVANS, | ) | |
| WILLIAM PETRON, TY BATES, | ) | |
| S.A. GODINEZ, RICHARD LYNCH, | ) | |
| and MICHAEL SANDERS, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
## ON THE ISSUE OF RES JUDICATA

NOW COME Defendants, JON KLINE and KENDRA STEINMETZ, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and hereby file their Motion for Summary Judgment on the Issue of Res Judicata, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and in support thereof state as follows:

1. On October 12, 2012, Plaintiff filed his First Amended Complaint, alleging violations of First and Fourteenth Amendment rights, as well as claims under the Illinois Religious Freedom Restoration Act and RLIUPA for the denial of tarot cards.

2. Plaintiff previously brought another case, Mendell v. Randle, et al., 10-MR-55, which resulted in a final determination in the merits and there is an identity of parties or privies and the same core of operative facts at issue as in the present case.

3. Therefore, Plaintiff's claims are barred by the doctrine of res judicata.

1

WHEREFORE, Defendants respectfully request that this honorable Court grant summary judgment in their favor.

          Respectfully Submitted,

          JON KLINE and KENDRA STEINMETZ,

              Defendant,

          LISA MADIGAN, Attorney General
          State of Illinois,

              Attorney for Defendant,

By: s/ Jennifer M. Lutzke
     Jennifer M. Lutzke, #6299388
     Assistant Attorney General
     500 South Second Street
     Springfield, Illinois 62706
     Phone: (217) 782-9014
     Fax: (217) 524-5091
     E-Mail: jlutzke@atg.state.il.us

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| BRIAN C. MENDELL, #R-65962, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 11-1020-DGW |
| | ) | |
| JON D. KLINE, CORRECTIONAL | ) | |
| OFFICER STEIMETZ, JOHN D. EVANS, | ) | |
| WILLIAM PETRON, TY BATES, | ) | |
| S.A. GODINEZ, RICHARD LYNCH, | ) | |
| and MICHAEL SANDERS, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2013, I electronically filed the foregoing *Defendants' Motion for Summary Judgment on the Issue of Res Judicata* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on December 9, 2013, I mailed by United States Postal Service, the document to the following non-registered participant:

> Brian C. Mendell, #R-65962
> Shawnee Correctional Center
> Inmate Mail/Parcels
> 6665 Route 146 East
> Vienna, IL 62995

> Respectfully Submitted,
> s/ Jennifer M. Lutzke
> Jennifer M. Lutzke, #6299388
> Assistant Attorney General
> Office of the Attorney General
> 500 South Second Street
> Springfield, Illinois 62706
> Phone: (217) 782-9014
> Fax: (217) 524-5091
> E-Mail: jlutzke@atg.state.il.us